## INDEX OF EXHIBITS

2017 Version of M.C.L. § 211.78m ...............................................Exhibit A

*Wayside Church* Declaration.........................................................Exhibit B

Meyers Declaration.......................................................................Exhibit C

*Palakurthi* Documentation............................................................Exhibit D