

EXHIBIT
B

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WAYSIDE CHURCH, an Illinois Not-
For-Profit (Ecclesiastical) Corporation,
individually and on behalf of a class of
all others similarly situated, MYRON W.
STAHL, individually and on behalf of a
class of all other similarly situated and
HENDERSON HODGENS, individually and
on behalf of a class of all others similarly
situated,

        Plaintiffs,

v.

VAN BUREN COUNTY, in its individual
Michigan municipal capacity and on behalf of a
class of all other Michigan counties similarly situated
and KAREN MAKAY, in her individual
official capacity as Treasurer of Van Buren County and
on behalf of a class of all other Treasurers of
Michigan Counties similarly situated,

        Defendants.

Case No. 1:14-cv-01274-PLM

Chief Judge Paul L. Maloney

---

## AFFIDAVIT OF OWEN D. RAMEY

STATE OF MICHIGAN      )
                      )SS
COUNTY OF KALAMAZOO   )

After being first duly sworn, Owen D. Ramey deposes and says:

1.     On January 6, 2015, I sent a letter to Bradley Slagh, the Ottawa County Treasurer, notifying him that he may be a member of a defendant class in a class action lawsuit (see attached).

2.     Seventy-nine county treasurers in the State of Michigan were sent the same letter on the same day (see attached).

3.     The names and addresses for the letters sent came from the Michigan Bar Journal.

4.     None of the letters were returned as undeliverable.

5.    Subsequent to receiving the letter, several county treasurers called asking for more information.  They were advised to either contact their own attorney or the defendants' attorney in the matter.

6.    I did not send or serve a complaint on any of the county treasurers as it was not the intent to mislead the recipients and potentially cause them to believe that they were required to answer said Complaint.   It was not the intent to create a belief that there was a legal duty to respond.  Instead, it was the intent to simply put the treasurers on notice of the fact that they could potentially be a member of a defendants' class in a class action lawsuit.

Dated: March 22, 2021                                  _____
                                                       Owen D. Ramey

Subscribed and sworn to before me on March 22, 2021, by Owen D. Ramey.

                                                       _____
                                                       Katie Neslund, Notary Public
                                                       Allegan County MI, acting in Kalamazoo
                                                       County, MI
                                                       My commission expires:  02/29/2024

# LEWIS REED & ALLEN P.C.

## *Attorneys*

Vernon Bennett III
Nicholas J. Daly
Stephen M. Denenfeld
Michael A. Dombos
Robert C. Engels
Sheralee S. Hurwitz
David A. Lewis
James M. Marquardt
Michael B. Ortega
Owen D. Ramey
William A. Redmond
Richard D. Reed
Thomas C. Richardson
Ronald W. Ryan
Michael A. Shields
Gregory G. St. Arnauld

136 East Michigan Avenue, Suite 800
Kalamazoo, Michigan 49007-3975
Telephone 269-388-7600
Fax 269-553-1439

W. Fred Allen, Jr.
(Retired)

Dean S. Lewis
(1933 - 2013)

January 6, 2015

Writer=s Direct Telephone: (269) 553-1421

E-Mail Address: oramey@lewisreedallen com

Treasurer Bradley Slagh
Ottawa County
12220 Filmore St., Rm 155
P.O. Box 310
West Olive, MI 49460

Re:     Class Action Lawsuit

Dear Treasurer Slagh:

Your county may be a putative member of the Defendant Class in the class action lawsuit, the cover sheet which is enclosed herein.  The individual counties of the State of Michigan are named as the potential Defendant Class involving surplus proceeds emanating from foreclosed property tax sales in the State.  The purpose of this communication is to put you on notice as to the filing of this case and your potential of being a member of the Defendant Class.

We would suggest that you contact either your own counsel or the counsel listed as the Defendant's attorney in the caption of the enclosed cover sheet.

Sincerely,

LEWIS REED & ALLEN, P.C.


Owen D. Ramey


ODR:scd
Enclosure

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Wayside Church, Myron W. Stahl and Henderson Hodgens | Van Buren County & Karen Makay in her official capacity as Van Buren County Treasurer |

**(b)** County of Residence of First Listed Plaintiff    Cook County, IL
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Van Buren County, MI
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James Shek (P37444)
225 Hubbard Street, Suite B, P.O. Box A
Allegan, MI 49010    (269) 673-3547

Attorneys *(If Known)*
Thomas G. King (P34006)
One Moorsbridge, P.O. Box 4010
Kalamazoo, MI 49003    (269) 324-3000

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL INJURY** | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 368 Asbestos Personal Injury Product Liability | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards Act | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 370 Other Fraud | ☐ 720 Labor/Management Relations | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 371 Truth in Lending | ☐ 740 Railway Labor Act | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 380 Other Personal Property Damage | ☐ 751 Family and Medical Leave Act | ☐ 891 Agricultural Acts |
| | | ☐ 385 Property Damage Product Liability | ☐ 790 Other Labor Litigation | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | |
| | | ☐ 555 Prison Condition | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5th Amended  U.S. Constitution, and 42 U.S.C  1983 for 5th Amendment US Constitution Violation
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☒ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE
12/11/2014

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WAYSIDE CHURCH, an Illinois Not-
For-Profit (Ecclesiastical) Corporation,
individually and on behalf of a class of
all others similarly situated, MYRON W.
STAHL, individually and on behalf of a
class of all other similarly situated and
HENDERSON HODGENS, individually and
on behalf of a class of all others similarly
situated,

          Plaintiffs,

v.

VAN BUREN COUNTY, in its individual
Michigan municipal capacity and on behalf of a
class of all other Michigan counties similarly situated
and KAREN MAKAY, in her individual
official capacity as Treasurer of Van Buren County and
on behalf of a class of all other Treasurers of
Michigan Counties similarly situated,

          Defendants.

Case No. 1:14-cv-01274-PLM

Chief Judge Paul L. Maloney

---

### AFFIDAVIT OF SUSAN DICKERSON

STATE OF MICHIGAN      )
                            )SS
COUNTY OF Allegan      )

After being first duly sworn, Susan Dickerson, deposes and says:

1.      I was employed at Lewis Reed & Allen as a Legal Assistant on or about January 6, 2015.

2.      In the course of my duties, I prepared a letter that was sent to 79 county treasurers (see attached).

3.      I took the names and addresses that were used in the letters from the Michigan Bar Journal.

4. I did not see nor was I aware of any of the letters sent being returned as undeliverable.

5. I personally mailed all the letters and cover sheets to the recipients.

Dated: March 22 , 2021 _____
Susan Dickerson

Subscribed and sworn to before me on March 22 , 2021, by Susan Dickerson.

_____

KATIE NESLUND, Notary Public
State of Michigan, County of Allegan
My Commission Expires 02/29/2024
Acting in the County of Kalamazoo

_____, Notary Public
_____ County, MI
My commission expires: _____
Acting in _____ County, MI

| Title | First Name | Last Name | Company Name | Address Line 1 | Address Line 2 | City | State | ZIP Code |
|---|---|---|---|---|---|---|---|---|
| Treasurer | Cheryl | Franks | Alcona County | Courthouse | 106 5th Street | Harrisville | MI | 48740 |
| Treasurer | Pam | Johnson | Alger County | 106 5th Street | | Munisign | MI | 49862 |
| Treasurer | Sally | Brooks | Allegan County | County Building | 113 Chestnut Street | Allegan | MI | 49010 |
| Treasurer | Kimberly | Ludlow | Alpena County | Courthouse | 720 W. Chisholm Street | Alpena | MI | 49707 |
| Treasurer | Sherry | Comben | Antrim County | P.O. Box 520 | | Bellaire | MI | 49615 |
| Treasurer | Dennis | Stawowy | Arenac County | P.O. Box 637 | | Standish | MI | 48658 |
| Treasurer | Anne | Koski | Baraga County | Courthouse | 2 South Main Street | L'Answ, MI 49946-1085 | | |
| Treasurer | Susan | Vandercar | Barry County | 220 West State Street | | Hastings | MI | 49058 |
| Treasurer | Richard | Brzezinski | Bay County | 515 Center Avenue | | Bay City | MI | 48708 |
| Treasurer | Michelle | Thompson | Benzie County | Government Center | 448 Court Place | Beulah | MI | 49617 |
| Treasurer | Bret | Witkowski | Berrien County | Berrien County Administration Center | 701 Main Street | St. Joseph | MI | 49085 |
| Treasurer | Ann | Vrablic | Branch County | 31 Division Street | | Coldwater | MI | 49036 |
| Treasurer | Christine | Schauer | Calhoun County | 161 E. Michigan | | Battle Creek | MI | 49014 |
| Treasurer | Linda | Irwin | Cass County | 120 N. Broadway | | Cassopolis | MI | 49031 |
| Treasurer | Marilyn | Cousineau | Charlevoix County | County Building | 203 Antrim Street | Charlevoix | MI | 49720 |
| Treasurer | Linda | Cronan | Cheboygan County | 870 South Main | P.O. Box 70 | Cheboygan | MI | 49721 |
| Treasurer | Marjorie Hank | Hank | Chippewa County | County Courthouse | 319 Court Street | Sault Ste. Marie | MI | 49783 |
| Treasurer | Jenny | Beemer-Fritzinger | Clare County | 225 West Main Street | | Harrison | MI | 48625 |
| Treasurer | Tina | Ward | Clinton County | Courthouse | 100 East State Street, Ste. 2400 | St. Johns | MI | 48879-157: |
| Treasurer | Joseph | Wakeley | Crawford County | 200 West Michigan Avenue | | Grayling | MI | 49738 |
| Treasurer | Sandra | Buckland | Delta County | 310 Ludington Street | | Escanaba | MI | 49829 |
| Treasurer | Lorna | Carey | Dickinson County | 705 South Stephenson Avenue | P.O. Box 609 | Iron Mountain | MI | 49801 |
| Treasurer | Bob | Robinson | Eaton County | 1045 Independence | | Charlotte | MI | 48813 |
| Treasurer | Marilyn | May | Emmet County | County Building | 200 Division Street, Ste. 130 | Petoskey | MI | 49770 |
| Treasurer | Deborah | Cherry | Genesee County | 1101 Beach Street, Room 144 | | Flint | MI | 48502 |
| Treasurer | Christy | VanTiem | Gladwin County | 401 West Cedar Avenue | | Gladwin | MI | 48624 |
| Treasurer | Sue | Pertile | Gogebic County | Courthouse | 200 North Moore Street | Bessemer | MI | 49911 |
| Treasurer | Heidi | Scheppe | Grand Traverse County | 400 Boardman Avenue | | Traverse City | MI | 49684 |
| Treasurer | Mary | Sullivan | Gratiot County | 214 East Center Street | P. O. Box 17 | Ithaca | MI | 48847 |
| Treasurer | Gary | Leininger | Hillsdale County | County Courthouse | 29 North Howell Street | Hillsdale | MI | 49242 |
| Treasurer | Kathleen | Beattie | Houghton County | 401 Houghton Avenue | | Houghton | MI | 49931 |
| Treasurer | Sherry | Learman | Huron County | 250 East Huron Avenue | | Bad Axe | MI | 48413 |
| Treasurer | Eric | Schertzing | Ingham County | Courthouse | 341 South Jefferson | Mason | MI | 48854 |
| Treasurer | Judith | Clark | Ionia County | Courthouse | 100 Main Street | Ionia | MI | 48846 |
| Treasurer | Elite | Shellenbarger | Iosco County | Courthouse | 422 West Lake Sreet | Tawas City | MI | 48763 |
| Treasurer | Melanie | Camps | Iron County | 2 South Sixth Street | | Crystal Falls | MI | 49920 |
| Treasurer | Steven | Pickens | Isabella County | 200 North Main Street | | Mt. Pleasant | MI | 48858 |
| Treasurer | Karen | Coffman | Jackson County | 120 West Michigan Avenue | | Jackson | MI | 49201 |
| Treasurer | Mary | Balkema | Kalamazoo County | 201 West Kalamazoo Avenue | | Kalamazoo | MI | 49007 |
| Treasurer | Valerie | Thornburg | Kalkaska County | 605 North Birch | | Kalkaska | MI | 49646 |
| Treasurer | Kenneth | Parrish | Kent County | 300 Monroe Avenue, NW | | Grand Rapids | MI | 49503 |
| Treasurer | Geri | Hall | Keweenaw County | Courthouse | 5095 4th Street | Eagle River | MI | 49950-962‹ |
| Treasurer | Brenda | Kutchinski | Lake County | Courthouse | 800 Tenth Street | Baldwin | MI | 49304 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Treasurer | Dana | Miller | Lapeer County | 255 Clay Street | | Lapeer | MI | 48446 |
| Treasurer | Ted | Wahby | Macomb Count | 1 South Main, 2nd Floor | | Mt. Clemens | MI | 48043 |
| Treasurer | Russell | Pomeroy | Manistee County | 415 Third Street | | Manistee | MI | 49660 |
| Treasurer | Anne | Giroux | Marquette County | Courthouse | 234 West Baraga Avenue | Marquette | MI | 49855 |
| Treasurer | Shirley | Smith | Mason County | Courthouse | 304 East Ludington Avenue | Ludington | MI | 49431 |
| Treasurer | Sherry | Earnest | Mecosta County | 400 Elm Street | | Big Rapids | MI | 49307 |
| Treasurer | Diane | Lesperance | Menominee County | 839 10th Avenue | | Menominee | MI | 49858 |
| Treasurer | Cathy | Lunsford | Midland County | 220 West Ellsworth Street | | Midland | MI | 48640 |
| Treasurer | Barbara | Hancock | Missaukee County | 111 South Canal Street | P.O. Box 800 | Lake City | MI | 49651 |
| Treasurer | Kay | Sisung | Monroe County | 106 East First Street | | Monroe | MI | 48161 |
| Treasurer | JoAnne | Vukin | Montcalm County | P.O. Box 368 | | Stanton | MI | 48888 |
| Treasurer | Karen | Tyler | Montmorency County | P.O. Box 789 | | Atlanta | MI | 49709 |
| Treasurer | Tony | Moulatsiotis | Muskegon County | 173 East Apple Avenue | | Muskegon | MI | 49442 |
| Treasurer | Holly | Moon | Newaygo County | County Building | P.O. Box 885 | White Cloud | MI | 49349-0885 |
| Treasurer | Andy | Meisner | Oakland County | 1200 North Telegraph | | Pontiac | MI | 48341 |
| Treasurer | Sheila | Gowell | Oceana County | P.O. Box 227 | | Hart | MI | 49420 |
| Treasurer | Dwight | McIntrye | Ogemaw County | 806 West Houghton Avenue | | West Branch | MI | 48661 |
| Treasurer | Diana | Killoran | Ontonagon County | 725 Greenland Road | | Ontonagon | MI | 49953 |
| Treasurer | Lori | Leudeman | Osceola County | 301 West Upton | | Reed City | MI | 49677 |
| Treasurer | William | Kendall | Oscoda County | 311 South Morenci Avenue | P.O. Box 399 | Mio | MI | 48647 |
| Treasurer | Diann | Axford | Otsego County | 225 West Main | | Gaylord | MI | 49735 |
| Treasurer | Bradley | Slagh | Ottawa County | 12220 Filmore Street, Room 155 | P.O. BJox 310 | West Olive | MI | 49460 |
| Treasurer | Bridget | LaLonde | Presque Isle County | 151 East Huron | P.O. Box 110 | Rogers City | MI | 49779 |
| Treasurer | Rebecca | Ragan | Roscommon County | 500 Lake | | Roscommon | MI | 48653 |
| Treasurer | Tim | Novak | Saginaw County | 111 South Michigan Avenue | | Saginaw | MI | 48602 |
| Treasurer | Trudy | Nicol | Sanilac County | Courthouse | 60 West Sanilac Avenue | Sandusky | MI | 48471 |
| Treasurer | Julie | Roscioli | Schoolcraft County | Courthouse | 300 Walnut, East Wing, #169 | Manistique | MI | 49854 |
| Treasurer | Tom | Dwyer | Shiawassee County | Courthouse | 208 North Shiawassee | Corunna | MI | 48817 |
| Treasurer | Kelly | Roberts-Burnett | St. Clair County | Courthouse | 201 McMorran Boulevard | Port Huron | MI | 48060 |
| Treasurer | Judith | Ratering | St. Joseph County | Courthouse | 125 West Main | Centreville | MI | 49032 |
| Treasurer | Patricia | Donovan-Gray | Tuscola County | 125 West Lincoln Street | | Caro | MI | 48723 |
| Treasurer | Karen | Makay | Van Buren County | 219 Paw Paw | | Paw Paw | MI | 49079 |
| Treasurer | Catherine | McClary | Washtenaw County | P.O. Box 8645 | | Ann Arbor | MI | 48107-8645 |
| Treasurer | Raymond | Wojtowicz | Wayne County | 400 Monroe, 5th Floor, Ste. 550 | | Detroit | MI | 48226 |
| Treasurer | Jayne | Stanton | Wexford County | County Courthouse | 437 East Division | Cadillac | MI | 49601 |