

EXHIBIT

C

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## DECLARATION OF DOUGLAS MEYERS

Douglas Meyers, also known as Douglas C. Meyers, makes the following declaration under penalty of perjury:

1. I am over the age of 18 and a resident of the State of Michigan.

2. I have personal knowledge of all matters asserted herein, and if called to testify, could do so competently.

3. I previously owned property commonly described as 8729 Hipp Avenue, Taylor, Michigan.  My deed is attached as Exhibit 1.

4. My property was foreclosed in 2019 for delinquent taxes by the Wayne County Treasurer.

5. The amount necessary to redeem delinquent taxes, penalties and fees was $2,932.96 as shown by attached Exhibit 2.

6. It is my understanding that the Wayne County Treasurer then sold my property for $89,100 at the 2019 tax foreclosure sale as disclosed by the deed attached as Exhibit 3.

7. I have a claim for significant surplus proceeds which the Wayne County Treasurer refuses to turn over to me.

8. It is my understanding that when Surplus Proceeds are generated from the sale of tax-foreclosed properties, those Surplus Proceeds are the property of the former owners of the property, such as myself. Despite this, the Defendants have failed and refused to turn over the Surplus Proceeds generated from the sale of my former property to me.

9. I understand that I am not alone in this experience. I therefore am asking the Court to appoint me to act as a representative of a class of persons with similar claims.

DocVerify ID: 44E2BBF9-8BAE-451D-87DF-0AC7E732BF8B
www.docverify.com



10. I understand that if I am appointed class representative by the Court, I will have the duty to adequately and fairly represent the interests of the class as a whole, and that I must act in the interests of the class when required to do so rather than in my own individual interest, including in matters of settling or compromising the lawsuit.

11. I also am aware that if I am appointed class representative, that I will need to keep reasonably aware of the status and progress of the lawsuit, and that I can rely on Class Counsel to inform me of matters that require my attention.

12. I am also aware that I must confer with Class Counsel on matters related to the lawsuit, and that I can rely on their legal expertise and advice when acting for the class.

13. I am not aware of any conflict of interest or disability that would prevent me from acting as class represented if so appointed by the Court.

*Further Affiant Sayeth Not.*

02/14/2024

Dated:_____, 2024

Douglas Meyers
Signed on 2024/02/14 10:58:45 -5:00

Douglas Meyers

STATE OF MICHIGAN )
)ss
COUNTY OF _____ )

Subscribed to before me, a Notary Public, on this 02/14/2024 \_\_\_\_\_ day of _____, 2024, by Douglas Meyers.

Signed on 2024/02/14 10:58:45 -5:00

**Kelsey Witherspoon**
Notary Public - State of Michigan
County of Kent
My Commission Expires Dec 20, 2028
Acting in the County of Kent

Notary Stamp 2024/02/14 08:58:45 PST     263771328960

Notarial act performed by audio-visual communication

Notary Public, _____ County, MI

 

Acting in _____ County

My Commission Expires:_____

44E2BBF9-8BAE-451D-87DF-0AC7E732BF8B — 2024/02/14 08:29:07 -5:00 — Remote Notary

60058964 APR 12 '06

Li-44521      Pa-204
206186741   4/12/2006   09:00AM
Bernard J. Youngblood
Wayne Co. Register of Deeds



**STATE OF MICHIGAN**

WAYNE COUNTY
APRIL 24, 2006
RECEIPT #64012

**REAL ESTATE TRANSFER TAX**
$   128.70-CO
$   877.50-ST
STAMP #100580429

COMMONWEALTH LAND TITLE

MICHIGAN TITLE INSURANCE AGENCY, INC.

# DEED OF PERSONAL REPRESENTATIVE

32-100021

KNOW ALL MEN BY THESE PRESENTS, THAT PETER KUCHTA, PERSONAL REPRESENTATIVE OF THE ESTATE OF MARY A. KUCHTA, WAYNE COUNTY PROBATE FILE NO. 2005-693537-DE, whose address is 8729 HIPP, TAYLOR, MI 48180, in pursuance of the Power granted to me by the Wayne County Probate Court, hereby grant and convey unto DOUGLAS C. MEYERS, A SINGLE MAN of 8729 HIPP, TAYLOR, MI 48180, all of a certain parcel of real property situated in the City of TAYLOR, County of Wayne, and State of Michigan, described as follows: to-wit;

NORTH 18 FEET OF LOT 87 AND SOUTH 27 FEET OF LOT 88, EXCEPT THE WEST 20 FEET OF THE NORTH 10 FEET, including the West one half of the vacated alley located at the rear thereof and adjacent thereto, "ANNADALE SUBDIVISION", according to the plat thereof as recorded in Liber 64 of Plats, Page 28, Wayne County Records.

Property Address: 8729 HIPP AVENUE, TAYLOR, MICHIGAN
SIDWELL NUMBER: 60-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-002

for the consideration of ONE HUNDRED SEVENTEEN THOUSAND AND 00/100----($117,000.00) DOLLARS paid to THE ESTATE OF MARY A. KUCHTA, WAYNE COUNTY PROBATE FILE NO. 2005-693537-DE, by DOUGLAS C. MEYERS,  TO HAVE AND TO HOLD, the above granted premises, and appurtenances to said DOUGLAS C. MEYERS , his heirs and assigns, FOREVER and I do hereby covenant with said ESTATE OF MARY A. KUCHTA, WAYNE COUNTY PROBATE FILE NO. 2005-693537-DE that I will WARRANT AND DEFEND the said granted premises, and appurtenances, unto his/her said heirs and assigns, FOREVER, against the lawful claims and demands of all persons claiming by, from or under THE ESTATE OF MARY A. KUCHTA, WAYNE COUNTY PROBATE FILE NO. 2005-693537-DE.

IN TESTIMONY WHEREOF I have hereunto set my hand and seal in the County of Wayne, State of Michigan on this 03/20/2006.

*Peter Kuchta*

THE ESTATE OF MARY A. KUCHTA, WAYNE
COUNTY PROBATE FILE NO. 2005-693537-DE,
BY PETER KUCHTA, PERSONAL
REPRESENTATIVE

STATE OF MICHIGAN
COUNTY OF Wayne

On this 03/20/2006, before me a notary public, in and for said County, personally appeared PETER KUCHTA, Personal Representative of THE ESTATE OF MARY A. KUCHTA, WAYNE COUNTY PROBATE FILE NO. 2005-693537-DE, known to me to be the person who executed the foregoing instrument, and he acknowledged the same to be his free act and deed, as Personal Representative of  THE ESTATE OF MARY A. KUCHTA, WAYNE COUNTY PROBATE FILE NO. 2005-693537-DE as in said instrument described.

ADAM DROBET
NOTARY PUBLIC, Wayne County, MI
My Commission Expires March 10, 2012
Acting in Wayne County

Notary Public, Wayne, Michigan

My Commission Expires:

After Recording Return to:
CENTURY 21 RIVERPOINTE
8173 MACOMB
GROSSE ILE, MICHIGAN 48138

Drafted by:
E. ANN REDFIELD
8173 MACOMB
GROSSE ILE, MI 48138

This is to certify that there are no tax liens or titles on this property and that taxes are paid for FIVE YEARS previous to date of this instrument EXCEPT _2005_ not examined
No. _1497_ _____ Date _3/31/2006_
WAYNE COUNTY TREASURER   Clerk _____

**EXHIBIT 1**

Rev $ 1006.20

DD 1 Pg Sub

**2019213254 L: 55154 P: 454 JOF**
07/15/2019 03:08:33 PM Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED

# WAYNE COUNTY TREASURER
## <u>NOTICE OF JUDGMENT OF FORECLOSURE</u>

Required By Section 211.78k(8) of the General property Tax Act, 1893 PA 206 as amended, MCL 211.78k(8)

On __March 29,2019__ in Civil Action No.__18-006771-CH__, the Circuit Court for the Third Judicial Circuit, Wayne County, entered a Judgment of Foreclosure in the Matter of the Petition of the Wayne County Treasurer against the real property described below vesting absolute title to the real property described below in the Wayne County Treasurer as provided in Section 211.78k of the General Property Tax Act., 1893 PA 206, as amended, MCL.211.78k, if not redeemed within 21 days after entry of the Judgment. This Judgment became final and unappealable on __March 31,2019__. The Judgment vests good and marketable absolute fee simple title in the Wayne County Treasurer. Any recorded or unrecorded interests and all liens are extinguished, except for future installments of special assessments and liens or interests recorded by the state or the foreclosing governmental unit pursuant to the natural resources and environmental protection act, 1994 PA 451, as amended.

Parcel ID #: __60032010087002__          Property forfeited to the Wayne County Treasurer on __March 1, 2018__
                                          Certificate of Forfeiture recorded at Liber __54338__ Page __1367__

Parcel Address:(if available): __8729 HIPP, TAYLOR__

Property Description of the property:

**10P87B 88A1 N 18 FT OF LOT 87 ALSO THE S 27 FT OF LOT 88 EXCEPT THE W 20 FT OF THE N 10 FT THEREOF ALSO W 1/2 ADJ VAC ALLEY ANNADALE SUB T3S R10E L64 P28 WCR**

**Commonly known as: 8729 HIPP, TAYLOR**

Dated this Day __07/15/2019__



_Eric R. Sabree_ (signature)

**Eric R. Sabree**
**Wayne County Treasurer**

EXHIBIT
**2**

**2018005728    L: 54152 P: 450    COR**
01/05/2018 06:17:50 PM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
**ELECTRONICALLY RECORDED**

## WAYNE COUNTY TREASURER
## CERTIFICATE OF REDEMPTION

Name of taxpayer on the Treasurer's records: **DOUGLAS MEYERS**

Property ID No: **60032010087002**                Located in   **CITY OF TAYLOR, WAYNE COUNTY, MI**

Property Description:
**10P87B 88A1 N 18 FT OF LOT 87 ALSO THE S 27 FT OF LOT 88 EXCEPT THE W 20 FT OF THE N 10 FT THEREOF ALSO W 1/2 ADJ VAC ALLEY ANNADALE SUB T3S R10E L64 P28 WCR**

**Commonly known as: 8729 HIPP, TAYLOR**

The total amount of delinquent taxes, penalties, interest and fees necessary to redeem the parcel is   **$2932.96**   .

Under the provisions of MCL 211.78g(5), I hereby certify, that on   **12/1/2017**   , the sum stated above was the amount necessary to redeem the foregoing described parcel of land and that   **DOUGLAS MEYERS**   has paid that amount to my office.

This Certificate of Redemption is issued to remove, release and discharge the Certificate of Forfeiture recorded in Liber   **53660**   , Page   **809**   , Registration Number   **2017158504**   , of the Wayne County Records.

Dated this Day   **01/05/2018**   .

**Eric R. Sabree**
**Wayne County Treasurer**

2019286947   L: 55329 P: 191   QCD
10/10/2019 01:05:31 PM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
**ELECTRONICALLY RECORDED**

## WAYNE COUNTY TREASURER
## QUIT CLAIM DEED
**(Issued under Act 206 Public Act of 1893, as Amended by Act 123 of Public Acts of 1999)**

Eric R. Sabree,  Treasurer of the Charter County of Wayne,  Michigan,  hereinafter called the Grantor/Treasurer whose address is 400 Monroe, Suite 520, Detroit, Michigan 48226, by authority of Act 206 of Public Acts of 1893, as amended by Act 123 of Public Acts of 1999, as amended, conveys and quit claims to:
**KRIOR HOLDINGD LLC , MAJID KRIKOR**

hereinafter called the Grantee, whose address is:
**9716 JOS CAMAPU  HATRMACK , MI 48212** _____ the following
described premises located in the **CITY OF TAYLOR, WAYNE COUNTY, MI**

Tax Parcel I.D. #: **60032010087002**

Legal Description:
**10P87B 88A1 N 18 FT OF LOT 87 ALSO THE S 27 FT OF LOT 88 EXCEPT THE W 20 FT OF THE N 10 FT THEREOF ALSO W 1/2 ADJ VAC ALLEY ANNADALE SUB T3S R10E L64 P28 WCR**

**Commonly known as: 8729 HIPP TAYLOR, MI 48180**

For the full consideration of **$89,100.00** _____ Dollars.        Date: **October 10, 2019** _____

Pursuant to the provisions of Section 78k(5)(c) and 78k(5)(e) parcels are subject to visible or recorded easements and rights of way; private deed restrictions; building restrictions of record; all future installments of special assessments and liens recorded by the State or the foreclosing governmental unit or restrictions or other governmental interests imposed pursuant to the Natural Resources and Environmental Protection Act being Public Act 451 of 1994.  This conveyance is exempt from taxes pursuant to MCL 207.505(h)(1) and MCL 207.526(h)(I).

In Witness Whereof the Grantor, has signed and affixed the seal of the Wayne County Treasurer the day and year first above written.

STATE OF MICHIGAN   )
                                       )ss
COUNTY OF WAYNE    )

Eric R. Sabree
Wayne County Treasurer

The foregoing instrument was acknowledged before me on this **10** day of **October** , **2019** by Eric R. Sabree, Wayne County Treasurer.

JOHN FITZGERALD KRAVITZ
Notary Public, State of Michigan
County of Macomb
My Commission Expires 11-28-2023
Acting In the County of _Wayne_

Prepared by Wayne County Treasurer
400 Monroe Street, Detroit, Michigan 48226

Notary Public, Wayne County Michigan
When recorded return to: Grantor
Send subsequent tax bills to:  Grantee


EXHIBIT
3