Van Buren Township



EXHIBIT
D
OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

**Detailed Tax Information**                                            Van Buren

[Back to Non-Printer Friendly Version]   [Se

Parcel: 83 054 01 0012 000  **Data Current As Of:** 8/28/2015 2:38:20 AM

This website only contains property tax payment info for taxes paid prior to March 1st of a specific tax year. Real property taxes are considered delinquent as of March 1st. See Wayne County

| **Property Address** | [collapse] |

42671 PRESWICK CT
BELLEVILLE, MI 48111

| **Owner Information** | [collapse] |

PALAKURTHI, NAGESH-LAKSHI          **Unit:**      83
42671 PRESWICK
BELLEVILLE, MI 48111

| **Taxpayer Information** | [collapse] |

SEE OWNER INFORMATION

| **Legal Information for 83 054 01 0012 000** | [collapse] |

14E 12 LOT 12 ANDOVER FARMS SUB NO. 1 T3S R8E L106 P28 TO 31 WCR

**Enter Future Interest Date:**    8/28/2015          [Re-Calculate]

**Note:** On March 1 at 00:00, local taxes become ineligible for payment at the local unit. The total due shown for prior year taxes is as of the annual settlement date with the County for that particular tax year and does not reflect any payments, fees, or interest accrual that may have occurred after the settlement date. For updated tax information, please check with the local County.

Use the +/- button to expand and collapse the Tax Detail Information.

| Year / Season | Total Amt | Total Paid | Last Paid | Total Due | |
|---|---|---|---|---|---|
| +] 2015, Summer | $2,410.49 | $0.00 | | $2,410.49 | ** Pay Tax Bill Now |
| +] 2014, Winter | $807.85 | $807.85 | 02/03/2015 | $0.00 | |
| +] 2014, Summer | $2,431.32 | $2,407.09 | 02/03/2015 | $24.23 | **Read Note Above |
| +] 2013, Winter | $806.21 | $806.21 | 12/09/2013 | $0.00 | |
| +] 2013, Summer | $2,278.96 | $2,278.96 | 09/13/2013 | $0.00 | |
| +] 2012, Winter | $855.71 | $0.00 | | $855.71 | **Read Note Above |
| +] 2012, Summer | $2,225.58 | $2,225.58 | 09/13/2012 | $0.00 | |
| +] 2011, Winter | $741.51 | $741.51 | 12/09/2011 | $0.00 | |
| +] 2011, Summer | $2,346.34 | $2,346.34 | 10/31/2011 | $0.00 | |
| +] 2010, Winter | $1,058.59 | $0.00 | | $1,058.59 | **Read Note Above |
| +] 2010, Summer | $3,442.34 | $0.00 | | $3,442.34 | **Read Note Above |
| +] 2009, Winter | $1,939.32 | $0.00 | | $1,939.32 | **Read Note Above |

https://is.bsasoftware.com/bsa.is/TaxServices/ServiceTaxDetails.aspx?dp=8...    8/28/2015

**2014200036    L: 51467 P: 845    COF**
04/11/2014 01:20:47 PM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne, MI
ELECTRONICALLY RECORDED

## WAYNE COUNTY TREASURER
## CERTIFICATE OF FORFEITURE OF REAL PROPERTY

I hereby certify that on, __March 1, 2014__ the following real property was forfeited to the Wayne County Treasurer for NON PAYMENT OF REAL PROPERTY TAX YEAR  2012.

This property will be titled absolutely in the name of Wayne County Treasurer if not redeemed on or before the March 31 immediately succeeding the entry in an uncontested case of a judgment foreclosing the property under MCL 211.78k, or in a contested case, 21 days after the entry of a judgment foreclosing the property under MCL211.78k.

Taxpayer's Name and Address: NAGESH PALAKURTHI , LAKSHI PALAKURTHI
42671 PRESWICK
BELLEVILLE, MI 48111

Property located in the  TOWNSHIP OF VAN BUREN , WAYNE COUNTY, MI 48111
Property ID No:  83054010012000

Property Description:
14E 12 LOT 12 ANDOVER FARMS SUB NO. 1 T3S R8E L106 P28 TO 31 WCR

Commonly known as: 42671 PRESWICK CT, VAN BUREN TWP

Dated this Day  4/10/2014



Raymond J. Wojtowicz

**Raymond J. Wojtowicz**

Wayne County Treasurer

2015353090   L: 52458 P: 788   JOF
09/15/2015 05:30:46 PM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
ELECTRONICALLY RECORDED

## WAYNE COUNTY TREASURER
## NOTICE OF JUDGMENT OF FORECLOSURE

Required By Section 211.78k(8) of the General property Tax Act, 1893 PA 206 as amended, MCL 211.78k(8)

On __March 20,2015__ in Civil Action No.__14-007672-CH__, the Circuit Court for the Third Judicial Circuit, Wayne County, entered a Judgment of Foreclosure in the Matter of the Petition of the Wayne County Treasurer against the real property described below vesting absolute title to the real property described below in the Wayne County Treasurer as provided in Section 211.78k of the General Property Tax Act., 1893 PA 206, as amended, MCL.211.78k, if not redeemed within 21 days after entry of the Judgment. This Judgment became final and unappealable on __March 31,2015__. The Judgment vests good and marketable absolute fee simple title in the Wayne County Treasurer. Any recorded or unrecorded interests and all liens are extinguished, except for future installments of special assessments and liens or interests recorded by the state or the foreclosing governmental unit pursuant to the natural resources and environmental protection act, 1994 PA 451, as amended.

Parcel ID #: __83054010012000__

Property forfeited to the Wayne County Treasurer on __March 1, 2014__
Certificate of Forfeiture recorded at Liber __51467__ Page __845__

Parcel Address:(if available): __42671 PRESWICK CT, VAN BUREN TWP__

Property Description of the property:
14E 12 LOT 12 ANDOVER FARMS SUB NO. 1 T3S R8E L106 P28 TO 31 WCR

Commonly known as: 42671 PRESWICK CT, VAN BUREN TWP

Dated this Day __08/21/2015__

Raymond J. Wojtowicz
**Wayne County Treasurer**

2015460698   L: 52636 P: 1144   QCD
12/22/2015 02:39:08 PM  Total Pages: 1
Bernard J. Youngblood, Register of Deeds - Wayne County, MI
**ELECTRONICALLY RECORDED**

## WAYNE COUNTY TREASURER
### QUIT CLAIM DEED
**(Issued under Act 206 Public Act of 1893, as Amended by Act 123 of Public Acts of 1999)**

Richard P. Hathaway, Treasurer of the Charter County of Wayne, Michigan, hereinafter called the Grantor/Treasurer whose address is 400 Monroe, Suite 520, Detroit, Michigan 48326, by authority of Act 206 of Public Acts of 1893, as amended by Act 123 of Public Acts of 1999, as amended, conveys and quit claims to:
**LAKSHMI C PALAKURTHI , PALAKURTHI PLLC**

hereinafter called the Grantee, whose address is:
**1777 AXTELL ROAD SUITE 109  TROY , MI 48084**  _____ the following
described premises located in the **TOWNSHIP OF VAN BUREN , WAYNE COUNTY, MI**

Tax Parcel I.D. # **83054010012000**
Legal Description
**14E 12 LOT 12 ANDOVER FARMS SUB NO. 1 T3S R8E L106 P28 TO 31 WCR**

Commonly known as: **42671 PRESWICK CT BELLEVILLE, MI 48111**

For the full consideration of **$168,000.00**        Dollars.         Date: **December 22, 2015**

Pursuant to the provisions of Section 78k(5)(c) and 78k(5)(e) parcels are subject to visible or recorded easements and rights of way, private deed restrictions; building restrictions of record; all future installments of special assessments and liens recorded by the State or the foreclosing governmental unit or restrictions or other governmental interests imposed pursuant to the Natural Resources and Environmental Protection Act being Public Act 451 of 1994. This conveyance is exempt from taxes pursuant to MCL 207.505(h)(1) and MCL 207.526(h)(I).

**Declaration of Conditions Subsequent.** This Declaration is made to give record notice of the conditions subsequent to the sale of the Property by imposition of the following restrictions on the sale to the Property:

A.    That Grantee or any subsequent Purchaser/Assignee shall pay all tax obligations due on the date the Deed is issued and shall keep current payment on all tax obligations for the two years following the date the deed was issued.

B.    That Grantee or subsequent Purchaser/Assignee shall either demolish the property within six months following the date of the deed or maintain and secure the Property for two years following the date of the deed from Grantor/Treasurer in accordance with local building, health and public safety ordinances.

C    That failure of the Grantee or subsequent Purchaser/Assignee to comply with above clauses A and/or B or to cure the default within 30 days of written notice may result in a reversion of the title of the Property to the Grantor/Treasurer or assigned to the State of Michigan, County of Wayne, City, or Township where the property is located, at the discretion of the Grantor/Treasurer. The right of reversion of title shall reinstate fee simple absolute title to the Grantor/Treasurer or to Treasurer's assignee within 30 days of failure to cure default, unless extended at the Treasurer's sole discretion. Written notice of default and failure to cure default addressed to the Grantee and mailed to the Grantee's address as written on the deed shall be notice to any subsequent Purchaser/Assignee, unless a copy of the Property Transfer Affidavit (PTA) that was filed with the local Assessor and which includes any change of mailing address is hand delivered to and signed as received by said Grantor/Treasurer, or designated representative. DURING THE TAX YEARS THAT THE CONDITIONS SUBSEQUENT APPLY, THIS PROPERTY SHALL NOT BE SOLD, CONVEYED OR TRANSFERRED UNLESS ALL TAXES ARE PAID IN FULL. VIOLATORS SHALL BE PERSONALLY LIABLE TO PURCHASER AND/OR GRANTOR/TREASURER FOR DAMAGES AND AGREE TO SUBMIT TO THE JURISDICTION OF THE COURTS IN THE STATE OF MICHIGAN.

In Witness Whereof the Grantor, has signed and affixed the seal of the Wayne County Treasurer the day and year first above written.

Richard P. Hathaway
Wayne County Treasurer

STATE OF MICHIGAN )
                                     )ss
COUNTY OF WAYNE )

The foregoing instrument was acknowledged before me on this 22 day of **December**, **2015** by Richard P. Hathaway, Wayne County Treasurer.

**FELECIA ANN TYLER**
**NOTARY PUBLIC, STATE OF MI**
**COUNTY OF WAYNE**
**MY COMMISSION EXPIRES Jul 29, 2019**
**ACTING IN COUNTY OF** Wayne

Notary Public, Wayne County Michigan

Prepared by Wayne County Treasurer
400 Monroe Street, Detroit, Michigan 48226

When recorded return to: Grantor
Send subsequent tax bills to: Grantee