# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

TONYA BOWLES, et al,

                             Case No. 23-cv-10973

     Plaintiffs, v.

COUNTY OF WAYNE, et al,         Hon. Linda V. Parker
     Defendants

_____/

## STIPULATED ORDER SEVERING
## PLAINTIFFS BRIANNE AND MATTHEW SANDERS' CLAIMS

Plaintiffs Matthew and Brianne Sanders ("Sanders Plaintiffs") and Defendant Wayne County ("Wayne County") by counsel, as discussed during the June 18, 2024 status conference, hereby stipulate to an order severing the Sanders Plaintiffs from this Consolidated Case, and specifically stipulate to the following:

1.    On October 26, 2023, *Matthew and Brianne Sanders v. Wayne County et al.*, Case No. 23-cv-10789 (hereinafter "Original Sanders Action") was consolidated with this action.

2.    On that same day, in the Original Sanders Action, this Court denied leave to amend the complaint in the Original Sanders Action because "a class action already is pending in this District, and before this Court, which asserts the same claims on behalf of the same property owners." [Original Sanders Action, ECF No. 59].

3.    The Original Sanders Action involves six properties that allegedly went

through the City of Taylor's Right of First Refusal program, and therefore did not go through a public auction.

4.     The Sanders Plaintiffs' claims involve claims for the equity value of the subject properties and would not be covered by the current posture of the class in this Consolidated Case.

5.     As a result, circumstances have changed that justify an avenue for the Sanders Plaintiffs to pursue their individual claims for the equity value of the six properties.

6.     Therefore, the Sanders Plaintiffs and Wayne County hereby stipulate to severing the Sanders' claims as to their six properties at issue in the Original Sanders Action.

7.     The Sanders Plaintiffs and Wayne County further stipulate and agree that the Sanders Plaintiffs shall have 7 days from entry of an order severing the Sanders' claims to file an amended complaint and that the County shall have 35 days from the filing of such further amended complaint to answer or otherwise respond.

**WHEREFORE, IT IS ORDERED:**

1.     That the Sanders' claims shall be severed from this case;

2.     That the Original Sanders Action shall be reopened; and

3.     That the Sanders Plaintiffs shall have 7 days from entry of an order severing the Sanders' claims to file an amended complaint and that the County shall

2

have 35 days from the filing of such further amended complaint to answer or otherwise respond .

**SO ORDERED.**

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: July 1, 2024

SO STIPULATED:

*/s/ Daniel W. Cermak (with consent)*
Shereef H. Akeel (P54345)
Hasan Kaakarli (P81099)
Daniel W. Cermak (P84460)
AKEEL & VALENTINE, PLC
888 W. Big Beaver Rd., Suite 350
Troy, MI 48084
Shereef@akeelvalentine.com
Hasan@akeelvalentine.com
Daniel@akeelvalentine.com

**Counsel for Sanders Plaintiffs**

*By: /s Nasseem S. Ramin*
Theodore W. Seitz (P60320)
Nasseem S. Ramin (P73513)
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-6800
tseitz@dykema.com
nramin@dykema.com

**Counsel for Defendant**