UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONYA BOWLES, DOUGLAS C. MYERS, GERRILYN SUTTON, and MARCIA JOHNSON, for themselves and all those similarly situated,

Plaintiffs,

v.

Case No. 23-cv-10973
(Previous Case No. 20-cv-12838)
Honorable Linda V. Parker

COUNTY OF WAYNE,

Defendant.
_________________________________/

**ORDER**

On today's date, the Court held a status conference in this matter to address the parties' pending motions and future deadlines. Having reviewed the parties' briefs in support of and in opposition to the pending motions and their arguments on the record,

**IT IS ORDERED** that Defendant Wayne County's motion for reconsideration (ECF No. 109) of the decision denying the motion to dismiss the Third Amended Complaint is **DENIED** for the reasons stated on the record;

**IT IS FURTHER ORDERED** that, on or before August 13, 2026, counsel for the parties shall meet and confer regarding: (a) the documents Defendant

Wayne County will produce in response to Plaintiffs' Requests for Production Nos. 4 and 7-9; (b) the documents Defendant Wayne County will produce in response to Plaintiffs' Request for Production No. 8; (c) Defendant Wayne County's response to Plaintiffs' Request for Admission No. 2; and (d) a timeline for the production. At this time, the production shall be restricted to former owners of real property whose property was foreclosed in Wayne County between October 22, 2017 and July 17, 2020.

**IT IS FURTHER ORDERED** that counsel shall file a status report with respect to the matters in the preceding paragraph on or before August 13, 2026.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for class certification shall be filed within forty-five (45) days after Defendant Wayne County completes its production as agreed to during the meet and confer.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for a status conference (ECF No. 105) is **DENIED AS MOOT**. Counsel is advised that, in the future, a request for a status conference should be made via email to the Court's Case Manager, not by motion.

**IT IS FURTHER ORDERED** that the injunction regarding Defendant Wayne County's § 78t release practices (ECF No. 110) is amended as follows:

> **IT IS HEREBY ORDERED THAT** Wayne County shall inform former owners of real property whose property was foreclosed in Wayne County between October 22, 2017 and July 17, 2020, who file a § 78t

claim (a) of this pending class action when seeking or obtaining a waiver and release provision that exceeds the scope of § 78t(9), clearly explaining that § 78t(9) requires the waiver only of claims under the General Property Tax Act and the waiver sought or negotiated applies to all claims, and (b) the following name and contact information for Plaintiffs' counsel: Jason Thompson of Sommers Schwartz, P.C. at (888) 235-3689. As discussed in the July 7, 2026 Opinion and Order, Defendant Wayne County shall not lead claimants to believe that the scope of § 78t(9)'s waiver requirement applies beyond claims arising under the GPTA.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 30, 2026